# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, *et al.*, | ) Case No. 3:16-cv-00068-WHA |
| *Plaintiffs,* | ) |
| v. | ) [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER TO CHANGE TIME FOR FILING OF OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS |
| GINA MCCARTHY, *et al.*, | ) |
| *Defendants.* | ) |

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following schedule for Defendants' anticipated Motion to Dismiss in response to the Complaint:

- **April 14, 2016**: Plaintiffs' deadline to file Opposition to Motion.
- **April 28, 2016**: Defendants' deadline to file Reply in Support of Motion.
- ~~**May 5, 2016, 8:00 am**: Hearing on Motion~~
  May 12, 2016, 2:00 P.M.: Hearing on Motion

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2016

_____
HON. WILLIAM A. ALSUP
**UNITED STATES DISTRICT COURT JUDGE**