IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, ET AL.,<br><br>　　Plaintiffs.<br><br>　v.<br><br>GINA McCARTHY, ET AL.,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 16-00068 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEYS KAREN CARR AND STANLEY ABRAMSON** |

　　The *pro hac vice* applications of Attorneys Karen Carr and Stanley Abramson (Dkt. Nos. 35–36) are **DENIED** for failing to comply with Civil Local Rule 11-3.  The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added).  Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas).  While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

　　**IT IS SO ORDERED.**

Dated: March 21, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE