IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF ANDERSON, ET AL.,

    Plaintiffs.

 v.

GINA McCARTHY, ET AL.,

    Defendants.

      /

No. C 16-00068 WHA

**ORDER MOVING HEARING ON MOTION TO INTERVENE**

    Several parties have filed a motion to intervene and set the hearing date for April 21 (Dkt. No. 26). The hearing on the motion to intervene is hereby continued to **TWO P.M. ON MAY 12, 2016.**

**IT IS SO ORDERED.**

Dated: March 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE