Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, ET AL.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>GINA McCARTHY, ET AL.,<br><br>            Defendant(s). | Case No: 3:16-cv-00068-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Karen Carr**, an active member in good standing of the bar of **District of Columbia Court of Appeals**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Proposed Intervenors CropLife America, et al.** in the above-entitled action. My local co-counsel in this case is **Joel Muchmore**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Arent Fox LLP<br>1717 K Street, NW<br>Washington, DC 20006 | Arent Fox LLP<br>55 Second Street, 21st Floor<br>San Francisco, CA  94105 |
| My Telephone # of Record: (202) 857-6000 | Local Co-Counsel's Telephone # of Record: (415) 757-5517 |
| My Email Address of Record: karen.carr@arentfox.com | Local Co-Counsel's Email Address of Record: joel.muchmore@arentfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **975480**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 21, 2016                                                        /s/ Karen Carr
                                                                                             APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Karen Carr** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.                                                    [signature]
                                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE