Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JEFF ANDERSON, ET AL.,  )
　　　　　　　　　　　　　)  Case No: 3:16-cv-00068-WHA
　　　　Plaintiff(s),　　　)
　　　　　　　　　　　　　)  **APPLICATION FOR**
　v.　　　　　　　　　　　)  **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　)  **PRO HAC VICE**
GINA McCARTHY, ET AL.,　 )  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　)
　　　　Defendant(s).　　 )

I, Stanley H. Abramson, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Proposed Intervenors CropLife America, et al. in the above-entitled action. My local co-counsel in this case is Joel Muchmore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Arent Fox LLP<br>1700 K Street, NW<br>Washington, DC 20006 | Arent Fox LLP<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 857-6000 | (415) 757-5517 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stanley.abramson@arentfox.com | joel.muchmore@arentfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 217281.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 21, 2016　　　　　　　　　　　　　　　　/s/ Stanley H. Abramson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stanley H. Abramson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　*October 2012*