IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, ET AL., <br><br> Plaintiffs. <br><br> v. <br><br> GINA MCCARTHY, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., <br><br> Defendants. | No. C 16-00068 WHA <br><br><br> **ORDER GRANTING IN PART ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE** |

In this case challenging administrative actions by the United States Environmental Protection Agency, defendants move for an extension of time to produce and lodge their administrative record pursuant to Civil Local Rule 16–5. Defendants' motion is **GRANTED IN PART**. Defendants shall lodge the administrative record 45 days following the Court's ruling on the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE