# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, *et al.,*<br><br>　　　　　Plaintiffs.<br><br> v.<br><br>GINA McCARTHY, *et al.*,<br><br>　　　　　Defendants,<br><br> and<br><br>CROPLIFE AMERICA, *et al*.,<br><br>　　　　　Defendant-Intervenors.<br><br>　　　　　. | Case No. 3:16-cv-00068-WHA<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEADLINES PURSUANT TO LOCAL RULE 7-12** |

Upon consideration of the parties' stipulated extension of deadlines, and good cause appearing, the Court hereby approves the stipulation. The deadline for EPA to lodge and produce the administrative record is to be extended by 30 days, to July 30, 2016, and the deadline for the parties to file motions for summary judgment is to be extended to September 16, 2016;

IT IS SO ORDERED.

1

1
2  Dated: June 20, 2016
3                                             _____
                                              HON. WILLIAM ALSUP
4                                             UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2