IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON; BRET ADEE; DAVID HACKENBERG; LUCAS CRISWELL; GAIL FULLER; CENTER FOR FOOD SAFETY; AMERICAN BIRD CONSERVANCY; PESTICIDE ACTION NETWORK NORTH AMERICA; POLLINATOR STEWARDSHIP COUNCIL,<br><br>          Plaintiffs,<br><br>   v.<br><br>GINA MCCARTHY; ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Defendants. | No. C 16-00068 WHA<br><br>**ORDER REGARDING REQUEST FOR EXTENSION** |

The Court is in receipt of plaintiffs' request to extend the deadline for filing motions for summary judgment. Plaintiffs shall file a motion to complete and/or supplement the record by September 8, 2016. The Court will decide whether to extend the deadline for summary judgment motions after ruling on any motion as to the record.

**IT IS SO ORDERED.**

Dated: August 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE