**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF ANDERSON, *et al.*, | No. C 16-00068 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING STIPULATED REQUEST FOR CONTINUANCE OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| GINA MCCARTHY, *et al.*, | |
| Defendants, | |
| and | |
| CROPLIFE AMERICA, *et al.*, | |
| Defendant-Intervenors. | |

The parties submitted a stipulated request to continue the hearing date for the pending motions for summary judgment in this case from November 3 to December 1. Good cause has not been shown for granting this continuance. Even if the presence of Attorney Rachel G. Lattimore, general counsel for defendant-intervenor CropLife America, is "required" at a "long-scheduled" company meeting on November 3, defendant-intervenors' interests herein will be adequately represented by Arent Fox LLP, their outside counsel of record. The hearing on the motions for summary judgment will go forward as scheduled on **NOVEMBER 3 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE