IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF ANDERSON, *et al.*,

    Plaintiffs,

v.

GINA MCCARTHY and ENVIRONMENTAL PROTECTION AGENCY,

    Defendants,

and

CROPLIFE AMERICA, *et al.*,

    Defendant-Intervenors.

No. C 16-00068 WHA

**SEALING ORDER RE *IN CAMERA* SUBMISSION**

For the benefit of our court of appeals, the CD containing the EPA's *in camera* submission and reviewed by the undersigned judge shall be filed under seal and accessible only to the appellate judges and the EPA.

**IT IS SO ORDERED.**

Dated: November 21, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE