IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF ANDERSON, *et al.*,

    Plaintiffs,

v.

GINA MCCARTHY and ENVIRONMENTAL PROTECTION AGENCY,

    Defendants,

 and

CROPLIFE AMERICA, *et al.*,

    Defendant-Intervenors.

No. C 16-00068 WHA

**JUDGMENT**

For the reasons stated in the accompanying order on summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Gina McCarthy, the Environmental Protection Agency, CropLife America, the Agricultural Retailers Association, the American Soybean Association, the American Seed Trade Association, the National Association of Wheat Growers, the National Cotton Council of America, and the National Corn Growers Association, and against Jeff Anderson, Bret Adee, David Hackenberg, the Pollinator Stewardship Council, Lucas Criswell, Gail Fuller, the American Bird Conservancy, the Center for Food Safety, and the Pesticide Action Network North America. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 21, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE